**James WILLIAMS, Jr., Plaintiff–Appellant,**

**v.**

**PRINCE GEORGE'S COUNTY DE-PARTMENT OF ENVIRONMENTAL RESOURCES VEHICLE AUDIT UNIT; Prince George's County, Maryland, Defendants–Appellees,**

**and**

**Lisa McCoy, Code Enforcement Officer, Defendant.**

No. 07–1167.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 15, 2007.

Decided: June 20, 2007.

James Williams, Jr., Appellant Pro Se. Stephen William Thibodeau, Prince George's County Office of Law, Upper Marlboro, Maryland, for Appellees.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Williams, Jr. appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Prince George's County*, No. 8:06–cv–01936–AW (D.Md. dated Jan. 29, 2007; entered Jan. 30, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*